UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT MITCHELL,

                Plaintiff,

       v.

M. DRAGOO et al.,

                Defendants.

CASE NO. C10-5436 RBL/JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation [Dkt. #31], and the remaining record, does hereby find and ORDER:

(1) Plaintiff's Objections do not refute that Plaintiff failed to exhaust his administrative remedies;

(2) The Court adopts the Report and Recommendation;

(3) Defendant's Motion for Summary Judgment is GRANTED. Claims against Dr. Furst are dismissed WITHOUT PREJUDICE for failure to exhaust administrative remedies.

(4) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 18th day of July, 2011.

                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE