HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT MITCHELL, | CASE NO. C10-5436RBL |
| Plaintiff, | ORDER |
| v. | |
| M. DRAGOO, et al, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Notice of Appeal [Dkt. #36]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff is appealing this Court's Order on Summary Judgment as to one defendant in a multiple defendant case. The Court hereby certifies that this appeal is not taken in good faith because no final judgment under Fed. R. Civ. P. 54 has been entered. Fed. R. App. P. 24(a)(3)(A).

**IT IS SO ORDERED.**

ORDER- 1

1     The Clerk shall send uncertified copies of this order to all counsel of record, to any party appearing pro se and to the United States Court of Appeals for the Ninth Circuit.

Dated this 8th day of August, 2011.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE