UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT MITCHELL,

         Plaintiff,

  v.

M. DRAGOO et al.

         Defendant.

CASE NO. 3:10-cv-05436-RBL-JRC

ORDER ADOPTING A REPORT
AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections thereto [Dkt. #40] and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment is GRANTED IN PART AND DENIED IN PART consistent with the Report and Recommendation. Plaintiff has thirty days from entry of this order to provide additional briefing as to his cell phone and phone list claims. No new issues should be included in that briefing and no new parties may be added to the action. Defendants will then have thirty days to

1 | file a motion or otherwise respond. This matter is referred back to Magistrate Judge Creatura.

(3) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 24th day of August, 2011.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE