UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT MITCHELL,

         Plaintiff,

  v.

M. DRAGOO et al.

         Defendants.

CASE NO. C10-5436-RBL-JRC

ORDER

    This 42 U.S.C.§1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. The defendants have filed a motion to continue the due date for the joint status report (ECF No. 37).  The motion is GRANTED. After the court has received the ordered additional briefing a new order will be sent.

    Dated this 27th day of September, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1