UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT MITCHELL,

        Plaintiff,

v.

M. DRAGOO.

        Defendant.

CASE NO. C10-5436-RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #46], and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED. Plaintiff has failed to comply with this Court's order to provide additional briefing explaining his remaining claims. Fed. R. Civ. P. 41 (b) allows for dismissal with prejudice under these circumstances.

DATED this 21st day of November, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1