# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT MITCHELL

v.

M. DRAGOO

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5436RBL/JRC

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation.

This action is DISMISSED. Plaintiff has failed to comply with this Court's order to provide additional briefing explaining his remaining claims. Fed. R. Civ. P. 41(b) allows for dismissal with prejudice under this circumstances.

| | |
|---|---|
| November 22, 2011<br>Date | WILLIAM M. McCOOL<br>Clerk |
| | *s/CM Gonzalez*<br>Deputy Clerk |